## WILLIAMS v. STATE.

(Court of Criminal Appeals of Texas. Nov. 27, 1912.)

CRIMINAL LAW (§ 1097*)—APPEAL—REFUSAL OF INSTRUCTIONS—RECORD—REVIEW.

Where there is no statement of facts in the record, refusal of a requested charge is not reviewable; and the presumption is that the court, in submitting the offense charged, properly submitted the case.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2862, 2864, 2926, 2934, 2938, 2939, 2941, 2942, 2947; Dec.Dig. § 1097.*]

Appeal from Harrison County Court; Geo. L. Huffman, Judge.

Roy Williams was convicted of crime, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was prosecuted under an information and complaint charging him with unlawfully carrying a pistol, and his punishment assessed at eight months' confinement in jail.

There are neither a statement of facts nor any bill of exceptions accompanying the record. The information charges an offense, and the charge of the court submits this offense to the jury. A number of special charges were requested, but in the absence of a statement of facts we are unable to say whether or not they should have been given; the presumption being that the court properly submitted the case to the jury.

The judgment is affirmed.